IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:22-CV-00211-M

MATTHEW NICOL,

    Plaintiff,

v.

NATIONAL SPEED OF WILMINGTON, INC.,

    Defendant.

ORDER

This matter is before the court on Plaintiff's June 5, 2023 [DE 18] and July 28, 2023 [DE 20] motions for entry of default under Rule 55 of the Federal Rules of Civil Procedure. Having considered the motions, record, and applicable authority, the motion is GRANTED.

The court finds there is good cause to grant the relief requested and that Defendant National Speed of Wilmington, Inc. failed to comply with this Court's Order of May 10, 2023 [DE 15] to find new counsel and have a notice of appearance filed on or before May 31, 2023, for failure to plead or otherwise defend against this action in a timely manner, and for failure to comply with this Court's order of July 11, 2023 [DE 19] to show cause on or before July 27, 2023, as to why the Plaintiff's Motion should not be granted.

NOW, THEREFORE, IT IS HEREBY ORDERED that:

(1) Entry of default is entered against Defendant National Speed of Wilmington, Inc.; and

(2) A hearing will be held to determine the amount of damages, costs, sanctions, and attorneys' fees to be awarded to Plaintiff.

The parties are ORDERED to appear for a hearing to determine the amount of damages, costs, sanctions, and attorneys' fees on October 3, 2023, at 2:00 p.m.

SO ORDERED this 4th day of August, 2023.

*Richard E. Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE